UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO JIMENEZ, JR., | No. 2:22-cv-01387-MCE-KJN |
| Plaintiff, | ORDER |
| v. | |
| COUNTY OF SAN JOAQUIN, | |
| Defendant. | |

On October 11, 2022, the magistrate judge filed findings and recommendations herein which were served on the plaintiff. ECF No. 4. No objections have been filed.

Accordingly, the Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 11, 2022 (ECF No. 4), are ADOPTED in full;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

1

3. Plaintiff is granted leave to satisfy the filing fee in $80 installments, beginning December 1, 2022, and allow for the clerk of court to issue a summons after the first installment is received; and

4. Plaintiff is warned that failure to satisfy the full filing fee according to the payment schedule (OR) by December 1, 2022, may result in dismissal under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  November 16, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE