Tiega-Noel Varlack (SBN 248203)
**VARLACK LEGAL SERVICES**
Gatehouse Plaza II
1260 B St., Suite 350
Hayward, CA 94544
Telephone: 510.397.2008
Facsimile:  510.397.2997
tiega@varlacklegal.com

Attorney for Plaintiff,
MARIO JIMENEZ, JR.


Mark Berry (SBN 155091)
**MAYALL HURLEY P.C.**
2453 Grand Canal Blvd.,
Stockton, CA 95207
Telephone: 209.477.3833
Facsimile: 209.473.4818
mberry@mayallaw.com

Attorney for Defendant
COUNTY OF SAN JOAQUIN et al

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO JIMENEZ, JR<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; COUNTY OF SAN JOAQUIN SHERIFF'S DEPARTMENT AND OFFICERS DOES 1-50<br><br>Defendants. | Case No.: 2:22-cv-01387-MCE-KJN<br><br>JOINT STIPULATION TO MODIFY PRE-TRIAL ORDER<br><br>Complaint Filed: August 8, 2022 |

PLAINTIFF, MARIO JIMENEZ, JR. ("PLAINTIFF") and DEFENDANT, COUNTY OF SAN JOAQUIN., ("DEFENDANT") constituting all parties appearing in this action, through their undersigned Counsel of record hereby stipulate to request modification of the pre-trial order

1

JOINT STIPULATION TO MODIFY PRE-TRIAL ORDER

herein:

WHEREAS, on November 23, 2022, the Court issued a pre-trial order that set the discovery cutoff to December 30, 2023. Discovery is still ongoing and Plaintiff and Defendant will be unable to fully advocate for their respective clients if the cutoff is December 30, 2023.

WHEREAS, the plaintiff has a motion to amend Doe defendants scheduled for hearing on January 11, 2023.

WHEREAS, the plaintiff's deposition was timely set for December 14, 2023 but was unable to go forward as a result of the plaintiff's counsel having a court conflict;

WHEREAS, the plaintiff timely set the depositions of multiple persons employed by the COUNTY but they could not be produced as noticed;

WHEREAS, the parties propose that the fact discovery cut off be extended 90 days and modified to March 29, 2024, and that all dates be adjusted accordingly;

WHEREAS, the parties have not requested a prior modification of the pre-trial scheduling order;

WHEREAS, the parties agree that this proposed modification will not prejudice either party;

WHEREAS the parties agrees that this stipulation and request to modify the pre-trial order serves the interests of justice.

DATED:  December 14, 2023,                            VARLACK LEGAL SERVICES

*s/s Tiega-Noel Varlack (as authorized 12.14.23)*
Tiega-Noel Varlack, Esq.
Attorney for Plaintiff,
MARIO JIMENEZ, JR.

1

2  DATED: December 14, 2023                              MAYALL HURLEY

3                                                       _s/s *Mark E. Berry (as authorized 12.14.23)*_____
4                                                       Mark Berry, Esq.
                                                        Attorney for Defendants,
5                                                       County of San Joaquin Sheriff's
                                                        Department and Officer Does 1-50.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO MODIFY PRE-TRIAL ORDER

ORDER

Having reviewed the Plaintiff and Defendant's Joint Stipulation for an Order to Continue the Trial and good cause appearing therefor, the Joint Stipulation is hereby GRANTED.

It is hereby ordered as follows:

1. The current discovery cut off date of December 30, 2023, and all related pretrial deadlines shall be vacated.

2. The new discovery cut off date shall be March 29, 2024.

IT IS SO ORDERED.

Dated: December 20, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO MODIFY PRE-TRIAL ORDER