Tiega-Noel Varlack, Esq. (SBN 248203)
**VARLACK LEGAL SERVICES**
Gatehouse Plaza II
1260 B Street, Suite 350
Hayward, CA 94541
Telephone: (510)-397-2008
Facsimile: (510)-397-2997
E-mail: tiega@varlacklegal.com

Attorney for the Plaintiff,
MARIO JIMENEZ, JR.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO JIMENEZ, JR.<br><br>         Plaintiff,<br>     vs.<br>COUNTY OF SAN JOAQUIN; COUNTY OF SAN JOAQUIN SHERIFF'S DEPARTMENT AND OFFICERS DOES 1-50,<br><br>         Defendants. | Case No.: **2:22-cv-01387-MCE-KJN**<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO SUBSTITUTE DOE DEFENDANT**<br><br>Hearing Date: January 11, 2024<br>Time: 10:00 A.M.<br>Location: Courtroom 7<br><br>Complaint Filed: August 4, 2022 |

Good cause having been shown, Plaintiff's Motion to Amend the Complaint (ECF No. 14) is hereby GRANTED. Not later than five (5) days following the date this Order is electronically filed, Plaintiff shall file the amended complaint.

IT IS SO ORDERED.

Dated:  January 16, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE